**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blalock, Brenda** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-1779** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**501 West 24th Place**<br>**Unit 707**<br>**Chicago, IL 60616** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7  ☐ Chapter 11  ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/03)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Blalock, Brenda**

**FORM B1**, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NDOI  (01-44773 12/19/01 )     (05-0526 fld 2/23/05)** | Case Number: **05-23226** | Date Filed: **6/10/05** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Brenda Blalock**
Signature of Debtor **Brenda Blalock**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 10, 2005**
Date

**Signature of Attorney**

X   **/s/ John D. Ioakimidis**
Signature of Attorney for Debtor(s)
**John D. Ioakimidis 6225222**
Printed Name of Attorney for Debtor(s)
**Legal Defenders, P.C.**
Firm Name
**30 East Adams Street
Suite 1050
Chicago, IL 60603-5661**
Address
**Email: attorneys@msn.com**
**312-229-5500  Fax: 312-229-5504**
Telephone Number
**October 10, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ John D. Ioakimidis        October 10, 2005**
Signature of Attorney for Debtor(s)        Date
**John D. Ioakimidis 6225222**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**N/A**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

**October 10, 2005**
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

AMC Mortgage Services
PO Box 11000
Santa Ana, CA 92711-1000


AMC Mortgage Services
PO Box 11000
Santa Ana, CA 92711-1000


AmeriCash Installment Loan
17340 Torrence Avenue
Lansing, IL 60438


AmeriCash Pay Day Loan
1513 E. 53rd Street
Chicago, IL 60615


Appleville Association
Main Office
501 W. 24th Place
Chicago, IL 60616


Aspire Visa
P.O. Box 23007
Columbus, GA 31902-3007


Bank of Ohlohoma
ONE WILLIAMS CENTER
Tulsa, OK 74103


Bank One Cardmember
PO Box 78131
Phoenix, AZ 85062-8131


BP Amoco
PO Box 9075
Des Moines, IA 50368-9075


Capital One
PO Box 790216
Saint Louis, MO 63179-0216


Capital One Business
PO Box 790216
Saint Louis, MO 63179-0216

```
Carlton Sheets
c/o RMCB
PO Box 1238
Elmsford, NY 10523-0938


Cash To Go
570 West Roosevelt
Chicago, IL 60607


Casual Corner
PO Box 530993
Atlanta, GA 30353-0993


Chase Bank
PO Box 100018
Kennesaw, GA 30156


Check Into Cash
3023 N. Pulaski
Chicago, IL 60641


Check N Go
3125 S. Ashland
Chicago, IL 60608


Circuit City Stores, Inc.
P. O. Box 42370
Richmond, VA 23242


Credit Union 1 Visa
100 W. Randolph
Chicago, IL 60601


Credit Union One
100 West Randolph Street
Chicago, IL 60641


Dr. Diamericao
c/o Diversified Services
5800 East Thomas Road, Ste 107
Scottsdale, AZ 85251


Ernesto Borges, Esq.
105 West Madison, 23rd Floor
Chicago, IL 60602
```

Home Depot
Processing Center
Des Moines, IA 50364-0500


Household Finance
PO Box 88000
Baltimore, MD 21288-0001


Illinois Department of Revenue
100 West Randolph Street
Level L-400 BK
Chicago, IL 60601-3274


Indiana Department of Revenue
100 North Senate
Bankruptcy Section, Room N-203
Indianapolis, IN 46204


JC Penney
PO Box 981131
El Paso, TX 79998


Marshall Fields
Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231


National Quick Cash
3168 N. Ashland Avenue
Chicago, IL 60608


Nationwide Loan
3435 N. Cicero
Chicago, IL 60641


Northwestern Memorial Hospital
251 East Huron Street
Chicago, IL 60611


Payday Loan Store of IL, Inc.
337 S. Franklin
Chicago, IL 60606

```
Quick Cash
100 W. Randolph Street
Chicago, IL 60601
```