IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Blalock, Brenda

Printed: 2/5/08

Case Number: 05 B 47301
Judge: Wedoff, Eugene R
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 15, 2007
Confirmed: January 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 29,576.00 |  |
| Secured: |  | 26,044.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,525.67 |
| Other Funds: |  | 6.04 |
| Totals: | 29,576.00 | 29,576.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Defenders, P.C. | Administrative | 2,000.00 | 2,000.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 785.03 | 488.43 |
| 4. | Appleville Condominium Association | Secured | 1,980.00 | 1,269.03 |
| 5. | Credit Union One | Secured | 23,981.47 | 14,918.79 |
| 6. | Chase Bank | Secured | 142.06 | 82.46 |
| 7. | AMC Mortgage Services Inc | Secured | 13,707.21 | 8,785.23 |
| 8. | Indiana Dept Of Revenue | Secured | 10,853.59 | 500.35 |
| 9. | Illinois Dept of Revenue | Priority | 2,269.80 | 0.00 |
| 10. | Indiana Dept Of Revenue | Priority | 1,751.90 | 0.00 |
| 11. | Credit Union One | Unsecured | 512.71 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 35.82 | 0.00 |
| 13. | Marshall Field & Company | Unsecured | 355.38 | 0.00 |
| 14. | Indiana Dept Of Revenue | Unsecured | 7,151.04 | 0.00 |
| 15. | America's Financial Choice Inc | Unsecured | 58.60 | 0.00 |
| 16. | Nationwide Acceptance Corp | Unsecured | 38.87 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 242.13 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 85.37 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 97.62 | 0.00 |
| 20. | AmeriCash Loans, LLC | Unsecured | 148.71 | 0.00 |
| 21. | Chase Bank | Unsecured | 72.83 | 0.00 |
| 22. | Bank One Oklahoma | Secured |  | No Claim Filed |
| 23. | Indiana Dept Of Revenue | Priority |  | No Claim Filed |
| 24. | Aspire Visa | Unsecured |  | No Claim Filed |
| 25. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Blalock, Brenda

Printed: 2/5/08

Case Number:  05 B 47301
Judge:  Wedoff, Eugene R
Filed:  10/11/05

| #   | Creditor                       | Type      |              | Claim          |
|-----|--------------------------------|-----------|--------------|----------------|
| 26. | Capital One                    | Unsecured |              | No Claim Filed |
| 27. | Bank One                       | Unsecured |              | No Claim Filed |
| 28. | Capital One                    | Unsecured |              | No Claim Filed |
| 29. | Capital One                    | Unsecured |              | No Claim Filed |
| 30. | Capital One                    | Unsecured |              | No Claim Filed |
| 31. | BP Oil Co                      | Unsecured |              | No Claim Filed |
| 32. | Cash To Go                     | Unsecured |              | No Claim Filed |
| 33. | Carlton H Sheets               | Unsecured |              | No Claim Filed |
| 34. | Check N Go                     | Unsecured |              | No Claim Filed |
| 35. | Check Into Cash                | Unsecured |              | No Claim Filed |
| 36. | Northwestern Memorial Hospital | Unsecured |              | No Claim Filed |
| 37. | Home Depot                     | Unsecured |              | No Claim Filed |
| 38. | Quick Payday                   | Unsecured |              | No Claim Filed |
| 39. | National Quick Cash            | Unsecured |              | No Claim Filed |
| 40. | Pay Day Loans                  | Unsecured |              | No Claim Filed |
| 41. | Diversified Emer Serv          | Unsecured |              | No Claim Filed |
| 42. | Nationwide Acceptance Corp     | Unsecured |              | No Claim Filed |
| 43. | Capital One                    | Unsecured |              | No Claim Filed |

$ 66,270.14          $ 28,044.29

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.5%     | 592.99     |
| 5%       | 262.72     |
| 4.8%     | 487.02     |
| 5.4%     | 182.94     |

$ 1,525.67

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____